Certificate Number: 01401-PAM-DE-028447998

Bankruptcy Case Number: 16-03178


01401-PAM-DE-028447998

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2016, at 1:50 o'clock PM EST, Glenn J Weaver completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 5, 2016      By: /s/Jeremy Lark

                                                    Name: Jeremy Lark

                                                    Title: FCC Manager