```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03178-JJT
Glenn J. Weaver                                                 Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: CGambini         Page 1 of 1         Date Rcvd: Jan 30, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db             +Glenn J. Weaver,    1746 State Route 61,    Sunbury, PA 17801-6519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Midfirst Bank c/o Midland Mortgage
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor Glenn J. Weaver tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 4-16-bk-03178-JJT
GLENN J. WEAVER :
: CHAPTER 13
    Debtor :

**ORDER**

    Upon consideration of the Motion for Abatement of Chapter 13 Plan Payments (the "Motion"), together with any replies thereto, having come this day before the Court, and the Court having considered such motion and response thereto, it is

    HEREBY ORDERED that the Motion is granted; it is

    FURTHER ORDERED that the Debtor's Chapter 13 Plan Payments of $300.00 for the months of December 2016, January 2017, and February 2017, are abated; and it is

    FURTHER ORDERED that the Debtor is permitted to pay the resulting arrears within the remaining months of his thirty-six (36) month plan as allowable under 11 U.S.C. §1322(d)(2).

    Dated: January 30, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)