# SCHIFFMAN SHERIDAN & BROWN P.C.

TRACY L. UPDIKE
tupdike@ssbc-law.com

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670
tel 717.540.9170
fax 717.736.4071
WWW.SSBC-LAW.COM

November 1, 2017

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

    **Re:**     Glenn J. Weaver
              **Chapter 13 Case No. 4-16-03178-JJT**

Dear Clerk:

Please make note of the change of address for the above-referenced Debtor:

| | |
|---|---|
| Old Address: | 1746 State Route 61<br>Sunbury, PA 17801 |
| New Address: | 284 Willow Street, Apt. 6<br>Lockport, NY 14094 |

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 540-9170.

Very truly yours,

SCHIFFMAN, SHERIDAN & BROWN, P.C.

*Tracy L. Updike*
Tracy L. Updike