UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   GLENN J. WEAVER                       CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                   CASE NO:   4-16-03178-JJT

GLENN J. WEAVER

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 23, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 23, 2018, the Debtor(s) is/are $250.00 in arrears with a plan payment having last been made on May 07, 2018

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/  Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: October 23, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLENN J. WEAVER           CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                           CASE NO: 4-16-03178-JJT

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 23, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| SCHIFFMAN, SHERIDAN & BROWN, PC<br>TRACY L UPDIKE, ESQUIRE<br>2080 LINGLESTOWN ROAD, SUITE 201<br>HARRISBURG, PA 17110- | SERVED ELECTRONICALLY |
| GLENN J. WEAVER<br>284 WILLOW STREET, APT. 6<br>LOCKPORT, NY 14094- | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2018

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com