```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 16-03178-JJT
Glenn J. Weaver                                               Chapter 13
         Debtor             CERTIFICATE OF NOTICE

District/off: 0314-4          User: CGambini            Page 1 of 1            Date Rcvd: Oct 25, 2018
                              Form ID: pdf010           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db             Glenn J. Weaver,    248 Willow Street, Apt. 6,    Lockport, NY 14094
4818109       +American Express,   P.O. Box 981537,    El Paso, TX 79998-1537
4846464        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
4818110       +American Express Centurion Bank,    4315 S. 2700 West,    Salt Lake City, UT 84184-0001
4818111       +Chase/Bank One Card Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
4818112       +Citicards CBNA,    701 E 60th Street N,    Sioux Falls, SD 57104-0432
4818114        John W. Felzer, Esquire,    American Express Legal,    P.O. Box 2163,
                Southeastern, PA 19399-2163
4843703       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
4818115        Midland Mortgage Company,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
4818116        NY State Dept. of Taxation & Finan,    State Processing Center,    P.O. Box 61000,
                Albany, NY 12261-0001
4825700        NYS DEPT OF TAX & FINANCE,    BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY, NY 12205-0300
4818117       +Sarah K. Hyman, Esquire,    Gross Polowy, LLC,    1775 Wehrle Drive, Suite 100,
                Williamsville, NY 14221-7093
4818119        Tice Associates Inc.,    1261 Kenmore Avenue,    Kenmore, NY 14217-2856
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4818113        E-mail/Text: cio.bncmail@irs.gov Oct 25 2018 19:02:12     Internal Revenue Service,
                Insolvency Section - BK notice,    PO Box 7346,    Philadelphia, PA 19101-7346
4847122        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 19:05:52
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4818118        E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 19:05:41     SYNCB/JC Penney,
                P.O. Box 965007,    Orlando, FL 32896-5007
4854822       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 19:06:14     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Midfirst Bank c/o Midland Mortgage
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Glenn J. Weaver tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Glenn J. Weaver

Debtor 1

Chapter: 13

Case No.: 4:16-bk-03178-JJT

Charles J DeHart, III (Trustee)

vs.   Movant(s)

Glenn J. Weaver

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it hereby is dismissed.

Dated: October 24, 2018

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge (RPR)